Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

X FILED _____ LODGED
_____ RECEIVED _____ COPY

# UNITED STATES DISTRICT COURT

for the

SEP 3 0 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

District of

Division

|  |  |
|---|---|
| **Susan Marie Hinkle** | Case No. **CV22-01660-PHX-JAT** |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)*  ☐ Yes  ☐ No |
| -v- | |
| **FBI, CIA, DOD, Pinal Co. Sheriffs Office, Florence PD** | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

### (Non–Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Susan Marie Hinkle |
| Address | 3615 W Wincowsow Ave. |
| | Florence      AZ      85132 |
| | *City*      *State*      *Zip Code* |
| County | Pinal |
| Telephone Number | 760-866-2808 |
| E-Mail Address | |

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Central Intelligence Agency |
| Job or Title *(if known)* | |
| Address | 1155 Twenty-First Street NW |
| | Washington      DC      20581 |
| | *City*      *State*      *Zip Code* |
| County | District of Columbia |
| Telephone Number | 202-418-5000 |
| E-Mail Address *(if known)* | |

☐ Individual capacity      ☒ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Federal Bureau of Investigation   MAY ADD OTHER |
| Job or Title *(if known)* | |
| Address | 21711 North 7th Street |
| | Phoenix      AZ      858024 |
| | *City*      *State*      *Zip Code* |
| County | Maricopa |
| Telephone Number | 623-466-1999 |

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

E-Mail Address *(if known)*

☐ Individual capacity   ☒ Official capacity

**Defendant No. 3**

Name                                   Department of Defense

Job or Title *(if known)*

Address                                1400 Defense Pentagon

| Washington | DC | 20301-1400 |
|---|---|---|
| City | State | Zip Code |

County                                 District of Columbia

Telephone Number                       703-697-5134

E-Mail Address *(if known)*

☐ Individual capacity   ☒ Official capacity

**Defendant No. 4**

Name                                   Pinal County Sheriffs Office

Job or Title *(if known)*

Address                                Bldg C  971 Jason Lopez circle

| Florence | AZ | 858132 |
|---|---|---|
| City | State | Zip Code |

County                                 Pinal

Telephone Number                       520-866-5181

E-Mail Address *(if known)*

☐ Individual capacity   ☒ Official capacity

## II.     Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.     Are you bringing suit against *(check all that apply)*:

☒ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Amendment 1: Freedom of speech - continued harassment and torture hav increased as I have spoken about these acts
Amendment 4: Right against improper search and seizure
Amendment 5:Right against being deprived of life, liberty, property without due process of law
Amendment 9: Right to privacy - non-enumerated rights
I am being tracked, tortured, followed, harassed, threatened, personal items, home, and vehicle vandalized, and being killed by government officials and their military drones.
PICTURES, VIDEOS, AND SWORN AFFIDAVITS FROM GOVERNMENT OFFICIALS AGAINST THIS PROGRAM ARE AVAILABLE!

C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Article 16: Freedom from exploitation, vioilence and abuse. After numerous phone calls and visits none of the federal organizations have helped me. FBI in Florida, California, Arizona; Homeland Security, US Atorney's Office, CIA. I have received NO RESPONSE from these organizations. They have prevented me from getting correct medical attention. PICTURES, VIDEOS, AND SWORN AFFIDAVITS FROM GOVERNMENT OFFICIALS AGAINST THIS PROGRAM ARE AVAILABLE!

D.     Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Defendants liable if acting "under color of any statute, ordinance, regulation, custom, or usuage: 47 U. S. C. 1983 - Pinal County Sheriffs Office and Florence PD were in uniform when I interacted with them. They have all they can do to stop me from exposing this program. They have threatened me. PICTURES, VIDEOS, AND SWORN AFFIDAVITS FROM GOVERNMENT OFFICIALS AGAINST THIS PROGRAM ARE AVAILABLE!

## III.     Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.     Where did the events giving rise to your claim(s) occur?

Placed on FBI terrorist watch list (no reason given as to why). PCSO has continued to refuse to help/protect me. DOJ, FBI, and Homeland Security have refused to protect me or investigate this torture/killing program. DOD drones began "shooting" me with rays causing pain from my head to my feet and leaving marks on body. CIA funds these activities that violate my rights.
PICTURES, VIDEOS, AND SWORN AFFIDAVITS FROM GOVERNMENT OFFICIALS AGAINST THIS PROGRAM ARE AVAILABLE!

B.  What date and approximate time did the events giving rise to your claim(s) occur?

These activities began over eight (8) years ago when I was placed on terroist watch list. It has greatly increased recently. The other forms of torture began seven (7) years ago. All of Florence Police Department have cussed at me, kicked me, threatened me, body slammed me, and arrested me to make me "shut up". Florence Police Department Officer Cambell spoke with me on September 6, 2022 about 4 a.m. on the phone. He refused to come to my home when I requested his protection and to check the area (including the sky) for the devices torturing me. He stated if he did come to my home, he would arrest me. Since he had no reason to arrest me, this is a form of mental torture. In October 2021, agencies moved foot soldiers into the area to spy on me 24 hours a day, seven days a week. The FBI has a toture manual on line that teaches how to torture victims like me.
PICTURES, VIDEOS, AND SWORN AFFIDAVITS FROM GOVERNMENT OFFICIALS AGAINST THIS PROGRAM ARE AVAILABLE! Copies of the torture manual will be provided.

C.  What are the facts underlying your claim(s)? *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*

I was placed on the terrorist watch list. I have been subjected to torture, survelllience. People are afraid to be around me because they see the marks all over me and know what I am going through and are afraid it will happen to them since this is done by the highest government officials using our military to shoot and kill innocent victims. Police and Sheriffs department have interfered with freedom of movement. The PCSO are the ones in charge of putting together the harassment campaign. They use agencies like Infoguard, Citizens Corp, some first responders, fire fighters, agencies such as FEDEX, Post Office, Wiccans, Devil Worshippers, etc. Not all members of these agencies are involved, just some. The FBI, cops, ex military, Veterans Affairs, are also involved. I have sustained physical injuries from laser and microwave beams (marks left on skin). Drones remain over my house all hours of the day and night blasting me with rays aimed at my eyes, kidneys, heart, brain.and other organs. Laser beams burned my female organs and intimate areas. At times I am unable to sit because of this unable to use the bathroom without excruciating pain. In addition to causing pain, these emilitary  beams are designed to cause cancer, brain tumors, kidney failure, blindness and have a person go into cardiac arrest. Five G cell towers are used in this program against me.The ringing in my ears from these weapons are designed to cause damage to my nervous system.I have recorded me measuring the microwaves coming into my home. I am stalked by uniformed law enforcement and plain clothesmen. The human trafficking part of this program does not allow me to date or be intimate with anyone except the abusers. People who have seen this are afraid to speak because they are afraid they will be entered into this program.
PICTURES, VIDEOS, AND SWORN AFFIDAVITS FROM GOVERNMENT OFFICIALS AGAINST THIS PROGRAM ARE AVAILABLE!

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Body slammed by PCSO, sustained bruises and muscle pain. Deputy took me to a doctor for a 5150 (psyschiatric evaluation). The doctor stated that although he found me to be sane, he could not speak out against the Sheriffs Office.
Drones have attacked my kidneys, heart, brain, and other organs leaving painful burn marks.
My organs are failing.
Drones have attacked my legs, feet, back and other body areas.
My eyesight is failing.
Cannot sleep.
Constant headaches
PICTURES, VIDEOS, AND SWORN AFFIDAVITS FROM GOVERNMENT OFFICIALS AGAINST THIS PROGRAM ARE AVAILABLE!

## V.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

I want the court to serve a cease and desist order to all agencies and individuals involved in this killing program/harassment. I want all the drones to stop killing me. I want to stop being tracked. I want to stop the drone attacks on us citizens. I want the people involved in this torture to be held accountable for their actions including driving women to suicide . Monetary, punitive and any other costs brought about by these actions will be determined including lawyer fees, expert witnesses, and doctors for this case
PICTURES, VIDEOS, AND SWORN AFFIDAVITS FROM GOVERNMENT OFFICIALS AGAINST THIS PROGRAM ARE AVAILABLE!

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

**A.**     **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          September 24,2022

Signature of Plaintiff

Printed Name of Plaintiff        Susan Marie Hinkle

**B.**     **For Attorneys**

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number

E-mail Address