Your Name: Susan Marie Hinkle

Address: 3615 N Wisconsin Ave

City, State, Zip: Florence, AZ 85132

Phone Number: 760-886-2808

FILED ____ LODGED
____ RECEIVED ____ COPY

OCT 1 7 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Susan Marie Hinkle,

Plaintiff,

v. FBI, CIA, DOD,
Pinal Co. Sheriffs Office, Florence PD

Defendant(s).

Case No: CV22 01660 PHX-JAT

Motion
For
Attorney

Due to limited income, I am unable to afford an attorney. I do not have enough money to meet all my debts each month.

Due to the urgency of this case due to the killing of a U.S. Citizen (me), I need legal representation to expedite the process.

I need a cease and desist order immediately; my life depends on it. I need this torture to stop now.

Federal Court is complex and I have no familiarity with the procedures.

The agencies noted in my complaint have cadres of lawyers. I have no representation.

A lawyer can assist me on what other agencies to subpoena.

I need a lawyer to ensure all documents are filed correctly and in a timely manner.

My phone and computer have been hacked (on a Stingray), and I need a secure way to make contacts and calls.

Due to the physical attacks on me, I am sometimes unable to leave my home. There are times I cannot move due to these attacks.

An Attorney can do electronic filing.