# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Susan Marie Hinkle,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Federal Bureau of Investigation, et al.,<br><br>　　　　Defendants. | NO. CV-22-01660-PHX-JAT<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed October 27, 2022, Plaintiff to take nothing, and the complaint and action are dismissed.

　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

October 27, 2022

　　　　　　　　　　　　　　　　　s/ C. Marr
　　　　　　　　　　　　By　　　Deputy Clerk